**Order entered September 18, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00098-CV

### RYAN GALLAGHER, Appellant

### V.

### COLLIN COUNTY, ET AL., Appellees

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-00049-2020**

## ORDER

Before the Court are appellant's September 8, 2020 motion for summary judgment and September 13, 2020 further motion for summary judgment. We **DENY** the motions.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE